■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAJUAN PAUL, Appellant. [49 NYS3d 324]—Motion for writ of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal, specifically, whether the *Antommarchi* waiver proffered by the attorney for defendant was valid. Upon our review of the motion papers, we conclude that the issue may have merit. The order of October 1, 2002 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before July 24, 2017. Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHONDELL J. PAUL, Appellant. [49 NYS3d 325]—Motion for reargument granted and upon reargument, the order of this Court entered December 23, 2016 is vacated, and the motion of defendant for a writ of error coram nobis is granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an

issue on direct appeal, specifically, whether the *Antommarchi* waiver proffered by the attorney for defendant was valid. Upon our review of the motion papers, we conclude that the issue may have merit. The order of October 1, 2002 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before July 24, 2017. Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.